Michael M. Ahmadshahi, Esq. (Bar No. 219933)
Email: mahmadshahi@mmaiplaw.com
AHMADSHAHI LAW OFFICES
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: 949.260.4997
Facsimile: 949.260.4996
Attorney for Plaintiff/Counterdefendant
HK Madian Electron Business Share, Ltd.

Craig S. Berman (State Bar: 195718)
FELDMAN|BERMAN|SCHWARTZ LLP
20750 Ventura Boulevard, Suite 201
Woodland Hills, California 91364
Tel: (818) 707-1465; Fax: (818) 707-1462
E-mail: cberman@fbsllp.com
Attorneys for HONKY TOTS, INC.
DBA CALIFORNIA BABY

E-FILED 12/15/16

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HK MADIAN ELECTRON BUSINESS SHARE LIMITED,<br>    Plaintiff,<br>  v.<br>HONKY TOTS, INC. dba CALIFORNIA BABY,<br>    Defendants.<br>HONKY TOTS, INC. dba CALIFORNIA BABY,<br>    Counterclaimant,<br>  v.<br>HK MADIAN ELECTRON BUSINESS SHARE LIMITED,<br>    Counterdefendants | Case No.: 2:16-cv-00012-PSG-SS<br><br>[~~PROPOSED~~] ORDER TO DISMISS CASE WITH PREJUDICE<br><br><br><br><br><br>**DATE:**<br>**TIME:**<br>**COURTROOM 880**<br><br>Judge: The Honorable PHILIP S. GUTIERREZ |

1  Before the Court is the parties' JOINT STIPULATION FOR ORDER TO
2  DISMISS CASE WITH PREJUDICE.
3  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH**
4  **PREJUDICE,** the Court retaining jurisdiction over the parties' settlement
5  agreement.

Dated: ____12/15_____, 2016

PHILIP S. GUTIERREZ
_____
Honorable PHILIP S. GUTIERREZ
United States District Judge